# EXHIBIT B



*Helping our Employees THRIVE*

Date: August 4, 2022

Firefighter Mariah Grade
Firehouse #8

Dear Ms. Grade:

This letter is in response to your request for an ADA accommodation to perform the essential functions of your position. The medical information that was provided on the Reasonable Accommodation and Information Request Form request for you to be allowed to keep your left ear rook piercing in place while at work, as it is used to prevent migraine headaches.

After reviewing your accommodation request, engaging in the interactive process, and discussing all viable options — it has been determined that the accommodation, as requested, is not reasonable and is, therefore, denied based on the following facts: Wearing the ear rook piercing while on duty increases the possibility of personal risk to the wearer and by wearing material/metal that can conduct heat, can also cause injury during a fire. The standards in place are designed to increase employee personal safety while operating in their personal protective equipment in unknown environments.

Another accommodation seemed viable (putting a band aid over the ear rook piercing), but after confirmation from you that the earring was made of material that is not good for heat, that potential accommodation was no longer reasonable. Although the request as presented is not a reasonable accommodation, we are approving the following reasonable accommodation(s) as listed: Apply for Intermittent FMLA to use when a potential migraine occurs while on duty; However, these breaks cannot interfere with emergency response, or training, if so the use of FMLA leave would be accommodated; a cold or hot compress to use while on duty. These alternative accommodations will start immediately.

If you should have any further questions, please contact your CFD Human Resources Manager, Kim Sanders at 704-336-2051.

Sincerely,


Kim Sanders
Charlotte Fire Department
Human Resources Manager



# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of Clerk using the CM/ECF system, which will deliver a copy to all registered counsel.

This the 4th day of March, 2024.                    ,

                                        **OFFICE OF THE CITY ATTORNEY**

                                        /s/Tamara A. Okoli
                                        Tamara A. Okoli (N.C. Bar No. 44668)