**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:24-CV-047-FDW-DCK**

| | | |
|---|---|---|
| **MARIAH GRADE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** regarding a discovery dispute telephone conference held with the parties pursuant to the "Case Management Order" (Document No. 17, pp. 4-5).  The pending dispute is not yet resolved.

     In short, Defendant contends that Plaintiff's discovery responses, both to document requests and interrogatories, are incomplete.  Plaintiff does not object to Defendant's discovery requests, but instead suggests that some of Plaintiff's responses are adequate and that others will be supplemented at a later date.

     The undersigned in not persuaded that counsel for the parties have adequately conferred in a good faith effort to resolve their differences.  Moreover, it seems that Plaintiff has unnecessarily delayed discovery in this action.  As noted during the telephone conference, the Court expects counsel to meet and confer, via some form of live communication (preferably in person), and to have a detailed discussion about all alleged discovery deficiencies.

     If such efforts fail to resolve the discovery disputes, Defendant may file a motion to compel.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall meet and confer regarding all discovery disputes by **August 21, 2024**.

**IT IS FURTHER ORDERED** that Plaintiff shall provide full and complete discovery responses on or before **August 28, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Notice identifying their chosen mediator on or before **August 30, 2024**.

**IT IS FURTHER ORDERED** that Defendant may, if necessary, file a motion to compel on or before **September 6, 2024**.

**SO ORDERED**.

Signed: August 14, 2024

David C. Keesler
United States Magistrate Judge

2